WALSH BAKER ROSEVEAR & LOOMIS, P.C.
KEITH LOOMIS
Nevada Bar No. 1912
9468 Double R. Blvd. Ste. A
Reno, NV 89521
Tel. (775) 853-7222
Fax (775) 853-0860
Email kloomis@wbrl.net
ROBERTA M. PRICE
PO Box 30053
Albuquerque, NM 87190-0053
Tel. (505) 260-4828
Email bertaprice@gmail.com
JOHN W. BOYD
FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD, P.A.
20 First Plaza, Ste. 700 (87102)
PO Box 25326
Albuquerque, NM 87125
Tel. (505) 842-9960
Email jwb@fbdlaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| THE GREEN PARTY OF NEVADA, DAVID GIBSON, and TIM REINHARDT,<br><br>Plaintiffs,<br><br>v.<br>ROSS MILLER, in his official capacity as Nevada Secretary of State,<br><br>Defendant. | Case Number:<br><br>3:14-CV-00210-LRH/WGC |

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 26.3, counsel of record for plaintiffs and defendant submit this Interim Status Report:

1. **Estimated time required for trial**:

Counsel for both parties estimate that a trial in this matter would last one day.

2. **Available dates for trial**: Counsel for both parties, as of now, are available for trial January 21-23, and the weeks of January 26th and February 2nd, 2014.

3. **Effect of dispositive motions on the length of trial**: Counsel for both parties anticipate that the need for trial will be eliminated by the filing of dispositive motions.

Respectfully submitted,

/s/ Roberta M. Price
Roberta M. Price
P.O. Box 3725
Albuquerque, NM 87190
505-260-4828
Email:  Bertaprice@gmail.com

FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD P.A.
/s/ John W. Boyd
John W. Boyd
20 First Plaza, Suite 700 (87102)
P.O. Box 25326
Albuquerque, NM 87125
(505) 842-9960
Email: jwb@fbdlaw.com

WALSH BAKER ROSEVEAR & LOOMIS, P.C.
KEITH LOOMIS
Nevada Bar No. 1912
9468 Double R. Blvd. Ste. A
Reno, NV 89521
Tel. (775) 853-7222
Fax (775) 853-0860
Email: kloomis@wbrl.net

*Attorneys for Plaintiffs*

/s/ Kevin Benson
Kevin Benson
Nevada Bar No. 9970
Deputy Attorney General
100 N. Carson Street
Carson City, NV 89701
Ph: (775) 687-1114
Fax: (775) 684-1108
Email:  KBenson@ag.nv.gov

**CERTIFICATE OF SERVICE**

I CERTIFY that on the 15th day of September, 2014, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ Roberta M. Price
Roberta M. Price